| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612 | | | | |
| Telephone No: 510-832-5001    FAX No: 510-832-4787 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States County Northern Court District Court Branch | | | | |
| Plaintiff: MILLARD | | | | |
| Defendant: CLARKE'S | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0706014MMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT, WELCOME TO THE U.S. DISTRICT COURT, ECF REGISTRATION INFORMATION HANDOUT, SCHEDULING ORDER FOR CASE ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III, CASE MANAGEMENT CONFERENCE ORDER, STANDING ORDERS FOR CIVIL CASES, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

3. a. Party served:           METROPOLITAN LIFE INSURANCE COMPANY
   b. Person served:          BJORN FLOR, AUTHORIZED TO ACCEPT

4. Address where the party was served:   CT CORPORATION SYSTEM
   818 W. SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Dec. 07, 2007 (2) at: 3:10PM

7. Person Who Served Papers:
   a. BRUCE ANDERSON
   
   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $70.00

   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.:   #3991
   (iii) County:            LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Dec. 10, 2007

Judicial Council Form                 PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE      (BRUCE ANDERSON)         reinpr.9353