1  MARK T. PALLIS (SB# 106142)
   METROPOLITAN LIFE INSURANCE COMPANY
2  425 MARKET STREET, SUITE 1050
   SAN FRANCISCO, CA 94105
3  TEL: (415) 536-1060
   FAX: (415) 536-1097
4

5  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDI MILLARD,** | Case No.: C07-05014 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| **LAURA-LOU, INC. dba CLARKE'S CHARCOAL BROILER; METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 – 10, Inclusive,** | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ANDI MILLARD ("Plaintiff") and Defendant METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), through their respective counsel, that pursuant to Civil Local Rule 6-1(a), the time in which MetLife may move, answer, or otherwise respond to Plaintiff's Complaint, which was filed on November 28, 2007, and served on December 7, 2007, is extended from December 27, 2007 to January 15, 2008.  This change will not alter the date of any event or any deadline already fixed by Court order.

///

1

Case No. C07-06014 MMC                    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
                                          FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY
                                          TO RESPOND TO PLAINTIFF'S COMPLAINT

Respectfully submitted,

Dated: December 26, 2007        By: /s/
                                    Mark T. Pallis

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY


LAW OFFICES OF PAUL L. REIN


Dated: December 26, 2007        By: /s/
                                    Paul L. Rein
                                    Julie A. Ostil

Attorneys for Plaintiff
ANDI MILLARD


PURSUANT TO STIPULATION IT IS SO ORDERED:

_____
Honorable Maxine M. Chesney
United States District Judge

2

Case No. C07-06014 MMC                STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
                                      FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY
                                      TO RESPOND TO PLAINTIFF'S COMPLAINT