1  MARK T. PALLIS (SB# 106142)
   METROPOLITAN LIFE INSURANCE COMPANY
2  425 MARKET STREET, SUITE 1050
   SAN FRANCISCO, CA 94105
3  TEL: (415) 536-1060
4  FAX: (415) 536-1097

5  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDI MILLARD,** | Case No.: C07-~~05014~~ 6014 MMC |
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT |
| vs. | |
| **LAURA-LOU, INC. dba CLARKE'S CHARCOAL BROILER; METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 – 10, Inclusive,** | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ANDI MILLARD ("Plaintiff") and Defendant METROPOLITAN LIFE INSURANCE COMPANY ("MetLife"), through their respective counsel, that pursuant to Civil Local Rule 6-1(a), the time in which MetLife may move, answer, or otherwise respond to Plaintiff's Complaint, which was filed on November 28, 2007, and served on December 7, 2007, is extended from December 27, 2007 to January 15, 2008.  This change will not alter the date of any event or any deadline already fixed by Court order.

///

1

Case No. C07-06014 MMC                    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
                                          FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY
                                          TO RESPOND TO PLAINTIFF'S COMPLAINT

Respectfully submitted,

Dated: December 26, 2007        By: /s/ _____
                                     Mark T. Pallis

                                Attorneys for Defendant
                                METROPOLITAN LIFE INSURANCE COMPANY

                                LAW OFFICES OF PAUL L. REIN

Dated: December 26, 2007        By: /s/ _____
                                     Paul L. Rein
                                     Julie A. Ostil

                                Attorneys for Plaintiff
                                ANDI MILLARD

PURSUANT TO STIPULATION IT IS SO ORDERED:

DATED: January 3, 2008          _____
                                Honorable Maxine M. Chesney
                                United States District Judge

2

Case No. C07-06014 MMC                    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
                                          FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY
                                          TO RESPOND TO PLAINTIFF'S COMPLAINT