| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001  FAX No: 510-832-4787 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: | |
| United States County Northern Court District Court Branch | |
| Plaintiff: MILLARD | |
| Defendant: CLARKE'S | |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0706014MMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT, WELCOME TO THE U.S. DISTRICT COURT, ECF REGISTRATION INFORMATION HANDOUT, SCHEDULING ORDER FOR CASE ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III, CASE MANAGEMENT CONFERENCE ORDER, STANDING ORDERS FOR CIVIL CASES, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

3. a. Party served:  LAURA-LOU, INC. DBA CLARKE'S CHARCOAL BROILER
   b. Person served: BLANCA GARCIA, CASHIER

4. Address where the party was served: 615 W. EL CAMINO REAL
   Mountain View, CA 94040

5. I served the party:
   b. by substituted service. On: Wed., Dec. 12, 2007 at: 2:30PM by leaving the copies with or in the presence of:
   BLANCA GARCIA, CASHIER
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. Person Who Served Papers:
   a. RICHARD W BARRETT



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

d. The Fee for Service was: $70.00
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.: #949
   (iii) County: SANTA CLARA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Dec. 13, 2007

(RICHARD W BARRETT)   reinpr.9352

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

| *Attorney or Party without Attorney:*<br>PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA  94612<br>*Telephone No:* 510-832-5001    *FAX No:* 510-832-4787<br><br>*Attorney for:* Plaintiff | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | | *Ref. No or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States County Northern Court District Court Branch | | | | | |
| *Plaintiff:* MILLARD | | | | | |
| *Defendant:* CLARKE'S | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0706014MMC | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT, WELCOME TO THE U.S. DISTRICT COURT, ECF REGISTRATION INFORMATION HANDOUT, SCHEDULING ORDER FOR CASE ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III, CASE MANAGEMENT CONFERENCE ORDER, STANDING ORDERS FOR CIVIL CASES, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Dec. 13, 2007
   b. Place of Mailing:         Walnut Creek, CA  94595
   c. Addressed as follows:     LAURA-LOU, INC. DBA CLARKE'S CHARCOAL BROILER
                                615 W. EL CAMINO REAL
                                Mountain View, CA  94040
                                ATTN: JAMES P. BLACH, AGENT FOR SERVICE

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Dec. 13, 2007 in the ordinary course of business.

5. *Person Serving:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELISE  SNEDEGAR                         d. **The Fee** *for Service was:*    $70.00
   b. One Hour Delivery Service               e. I am: (3) registered California process server
      1280 Boulevard Way #205                    *(i)*   Employee
      Walnut Creek, CA  94595                    *(ii)*  Registration No.:    #641
   c. .925-947-1100, FAX 925-947-3480            *(iii)* County:              CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Thu, Dec. 13, 2007

   Judicial Council Form                    PROOF OF SERVICE               (ELISE SNEDEGAR)
   Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                                          *reinpr.9352*