UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDI MILLARD

CASE NO. C07-06014 MMC

Plaintiff(s),

NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)

v.

LAURA-LOU, INC. dba CLARKE'S
CHARCOAL BROILER;
METROPOLITAN LIFE INSURANCE
COMPANY; and DOES 1-10, Inclusive,

Defendant(s).         /

Plaintiff reports that the joint site inspection occurred on March 6, 2008 .
Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: 04/24/08

Julie Ostil
Attorney for Plaintiff

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for Mediation."