**JEFFREY H. GOLDFIEN,** *J.D., LL.M.*
10 Knolltop Court
Novato, CA  94945
Tel: 415.897.3940
Fax: 415.897.3940
jeffgoldfien@sbcglobal.net

---

**TEACHING**

ADJUNCT PROFESSOR AND NEGOTIATION FACULTY COORDINATOR
*University of California*, *Hastings College of the Law* (2006 to present); Current courses: Negotiation and Settlement; Advanced Negotiation/Multi-Party Dispute Resolution. Plan faculty development programs and coordinate development of teaching modules.

TEACHING ASSISTANT
*University of California*, *Hastings College of the Law* (2005); Invited to co-teach ADR courses on a volunteer basis with Professor Jo Carillo-Ostrow (Mediation) and Adjunct Professor Daniel Bowling (Negotiation and Settlement).  Assisted in developing curriculum, lesson plans, lecturing, leading class discussions, arranging guest speakers, and conducting and coaching exercises and simulations.

**PROFESSIONAL EMPLOYMENT**

MEDIATOR AND FACILITATOR *Center for Collaborative Policy, Sacramento, CA* (12/2006 to present) Assess, design, and facilitate complex multi-party collaborative decision making and dispute resolution processes involving diverse governmental, public, non-profit, and private stakeholders. Projects have included a groundwater planning collaborative in Sonoma Valley, and a public/private partnership to reduce copper in runoff to San Francisco Bay.

MEDIATOR United States District Court, Northern District of California (1/2007 to present)

MEDIATOR Contra Costa Superior Court, Guardianship Program  (1/2007 to present)

HEARING OFFICER City of Petaluma, Code Enforcement Program (8/2007 to present)

CONFLICT RESOLUTION CONSULTING (2005 to present) Training and coaching in negotiation and mediation for attorneys and other professionals, law and business students.  Clients include the California Public Utilities Commission;  law schools including Stanford, Boalt Hall (U.C. Berkeley), Hastings, U.C. Davis, Santa Clara; MBA programs include Haas Business School (U.C. Berkeley) and Mills College; private mediation training with Rosenberg Mediation (Steve Rosenberg) and Mediation Training (Teresa Carey).

ATTORNEY *Law Offices of Jeffrey Goldfien* (5/2005 to present) Advice and representation in all aspects of land use and municipal law, real property regulations and development, CEQA, natural resources, religious land use disputes, trees and views, adjoining property owners, landslide and subsidence.

ATTORNEY *Meyers, Nave, Riback, Silver & Wilson* (7/2000 to 3/2003) Assignments included Assistant City Attorney for the City of San Leandro, serving as counsel to the

    San Leandro Planning Commission, Board of Zoning Adjustments, and Rent Review Board, responsible for attending all public meetings; provide legal oversight for development and adoption of the City's revised General Plan—a two-year long collaborative urban planning process; make presentations and provide training on legal issues; offer legal advice and opinions in all areas of general municipal law; draft complex transactional documents, ordinances, resolutions, and administrative regulations; provide similar services, including representation in complex litigation, to other California public agency clients.

ATTORNEY *Law Offices of Jeffrey Goldfien* (1/1995 to 6/2000) Advice and representation in permit applications and disputes involving land use and municipal law, real property regulations and development, CEQA, natural resources, trees and views, adjoining property owners, landslide and subsidence.

ATTORNEY *Ragghianti, Thomas, Goldfien & Blakely*, San Rafael, CA (8/1988 to 3/1994) Representation of public and private clients in administrative, trial, and appellate proceedings involving land use, environmental, administrative, and local government law. Appear in legal and administrative proceedings; consult, advise and negotiate with or on behalf of elected and administrative officials; conduct legal research and analysis; draft litigation documents and opinion letters; office management and supervision.

LAW CLERK
    *Sierra Club Legal Defense Fund*, San Francisco, CA  (1/1988 to 5/1988)
    *Ragghianti, Lusse & Thomas*, San Rafael, CA (5/1986 to 5/1988)
    *The Honorable Charles A. Legge*, Judge, U.S.D.C., N.D. Calif. (5/1987 to 9/1987)

Responsibilities:  Prepare legal documents and memoranda for trial and appellate court litigation. Draft opinion letters, resolutions, and statutes for local legislative bodies. Prepare bench memoranda for pre-trial and trial motions in federal trial court litigation.

Substantive Areas of Law:  Land use, local government, constitutional, political and elections, federal procedural and administrative, and environmental law including CEQA and NEPA, Clean Water Act, mining and natural resources, and the California Coastal Act.

COORDINATOR, INTERN AND VOLUNTEER SERVICES
  *Cranston for President*, Washington, D.C. (1983-1984)
Responsible for interviewing, recruiting, and managing campaign volunteers and interns for a national presidential campaign.

U.S. SENATE INTERN *The Honorable* Alan Cranston, Washington, D.C. (Fall 1979) Provide environmental and energy policy research and administrative support for the office of the Majority Whip of the United States Senate.

**EDUCATION**

    UNIVERSITY OF MISSOURI-COLUMBIA, LL.M. (Dispute Resolution) (5/2005); Other activities included:  *Mediation Coach,* Basic Mediation Training course, Center for the Study of Dispute Resolution; *Negotiation Coach*, Professor Richard Reuben's 2L-3L negotiation class; *Mediator* and *Judge*, ABA law student Representation in Mediation

    competition, regional finals; appointed by the Dean to serve on the 2003-2004 LL.M. Honor Committee.

UNIVERSITY OF SAN FRANCISCO SCHOOL OF LAW, J.D. *With Honors* (5/1988); Activities:  Led the Environmental Law Society; conceived and organized school's first Environmental Law Career Forum; *Tutor*, Academic Support program for first year students.

UNIVERSITY OF CALIFORNIA, BERKELEY, A.B., Psychology (12/1981)

**JOURNAL ARTICLES**

*What if the Lawyers Have Their Way? An Empirical Assessment of Conflict Strategies and Attitudes Toward Mediation Styles*, 22 Ohio St. J. on Disp. Resol. 277 (2007) (*with* Jennifer K. Robbennolt).

*Thou Shalt Love Thy Neighbor:  RLUIPA and the Mediation of Religious Land Use Disputes,* 2006 Journal of Dispute Resolution 435 (2006).

*Negotiated Rulemaking and the Public Interest*, 5 J. Am.  Arb. 81 (2006).

*Arguing for the Eclectic:  Personality and the Legal Profession*, 10 Lewis & Clark L. Rev. 187 (2006) (book review), *reviewing* Susan Swaim Daicoff's *Lawyer Know Thyself: A Psychological Analysis of Personality Strengths and Weaknesses.*

**OTHER ARTICLES**

*The Religious Land Use and Institutionalized Persons Act of 2000:  Congress Again Takes Aim at State and Local Land Use Authority*, American Bar Association State & Local Law News (Vol. 26, No. 2, Winter 2003) (*with* Steven Meyers).

*E-Government and the Use of Electronic Signatures*, California Public Law News (Vol. 24, No. 1, Winter 2001).

*Seeing the Forest for the Trees:  A Case Study in Land Use Regulation*, California Real Property Journal (Vol. 7, No. 1, Winter 1989); *re-published in* California Public Law News (Vol. 13, No. 2, Spring 1989).

**PRESENTATIONS AND TRAININGS**

Moderator, *The New Governance in California: Practitioners' Perspective,* Toward Collaborative Governance Conference, University of California, Hastings College of the Law (2008)

Training Co-leader, *Negotiation Training*, California Public Utilities Commission (5 day intensive on negotiation theory and practice for senior staff, attorneys, and administrative law judges) (2007)

Presentation, *Liability Under the Religious Land Use and Institutionalized Persons Act of 2000*, American Planning Association, California Chapter Annual Meeting, October 2003.

Training, *Rollout of Comprehensive Code Enforcement Ordinance: Liability, Procedures, and Enforcement*, City of San Leandro, August 2002

Presentation, *Brown Act Compliance for Public Official s*, City of San Leandro, February 2002.

Presentation, *What City Attorneys Need to Know about the California Electricity Crisis and PG&E Bankruptcy*, Contra Costa City Attorneys' Association, June 2001.

Testimony, before the California State Senate, Committee on the Judiciary, on behalf of the League of California Cities, regarding S.B. 142 ( proposed state religious freedom legislation), May 2001.

## HONORS AND AWARDS

*Honorable Mention*, American Bar Association 2005 James B. Boskey ADR Essay Competition, , Section on Dispute Resolution.

*Honoree*, American Bar Association, Section on Dispute Resolution, 2004 Lawyer As Problem Solver Competition, awarded for an original mediation simulation.

## LICENSING

Admitted to State Bar of California, Federal District Court for the District of Northern California, and U.S. Court of Appeals for the Ninth Circuit (12/1988).

## PROFESSIONAL ACTIVITIES

*Vice-President and Communications Chair*, Association for Dispute Resolution of Northern California (2007-2008).

*Planning Committee*, Northern California ADR Faculty Conference (2007).

*Member*, League of California Cities, Ad hoc Task Force on the Religious Land Use and Institutionalized Persons Act of 2000 (2002-2003).

*Member*, Marin County Waste Management Committee/Integrated Waste Management Task Force (1989-1992).

*Volunteer Attorney*, Legal Aid of Marin County (1989-1994).

*Member*, Client Relations Committee, Marin County Bar Association (1993).