PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
ANDI MILLARD

BRIAN J. O'GRADY, Esq. (SBN 077622)
GAZZERA, O'GRADY & STEVENS
1134 West El Camino Real
Mountain View, CA 94040
Tel: (650) 968-9612
Fax: (650) 968-1627

Attorneys for Defendants:
LAURA-LOU, INC., DBA CLARKE'S
CHARCOAL BROILER; AND
METROPOLITAN LIFE INSURANCE CO.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD,<br><br>Plaintiff,<br><br>v.<br><br>LAURA-LOU, INC. dba CLARKE'S CHARCOAL BROILER; METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. C07-06014 MMC<br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO CONDUCT MEDIATION**; SETTING DEADLINE FOR PLAINTIFF TO AMEND TO ADD WASHINGTON MUTUAL BANK AS DEFENDANT |

Plaintiff ANDI MILLARD and defendants LAURA-LOU, INC., DBA CLARKE'S CHARCOAL BROILER; AND METROPOLITAN LIFE INSURANCE CO., hereby jointly stipulate and request through their attorneys of record that the Court continue the current "complete mediation" deadline of July 27, 2008, to allow settlement discussions and mediation to occur through September 30th of 2008.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Proposed Order to Extend Deadline to Conduct
Mediation: Case No. C07-06014 MMC                                    - 1 -

Good cause exists for the extension:

1. Since the filing of defendants' Answers, the parties have diligently followed General Order 56: the parties held a cooperative site inspection of the Clarke's Charcoal Broiler Restaurant, plaintiff has shared her access consultant's report regarding injunctive relief, and the parties have engaged in a settlement telephone conference with mediator Jeff Goldfien.

2. Although the parties have been proceeding in good faith and in a diligent manner, it has not been possible to resolve the injunctive relief or engage in other meaningful settlement discussions because all parties have determined that another party to this action must be added as a defendant.

3. All the parties, and mediator Jeff Goldfien, are in agreement that in order to continue meaningful injunctive relief and settlement discussions with all parties involved, the mediation deadline should be extended to give a new defendant, Washington Mutual Bank, the primary leaseholder who is currently being served as defendant Doe 1, time to answer the complaint and participate in General Order 56 activities, including the mediation.

4. The parties believe that this extension will make settlement more likely; if the parties were required to hold the mediation now, settlement would not be possible.

5. Therefore, the parties request that the requirement for mediation be extended to September, 30, 2008, so that the parties may continue working toward settlement, with the assistance of ADR program appointed mediation attorney Jeff Goldfien, in an attempt to resolve this case in its entirety.

Dated: June 70, 2008

PAUL L. REIN
ANN WINTERMAN
LAW OFFICES OF PAUL L. REIN

Attorneys for Plaintiff
ANDI MILLARD

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Proposed Order to Extend Deadline to Conduct Mediation: Case No. C07-06014 MMC

- 2 -

1  Dated: June 26, 2008

BRIAN J. O'GRADY, Esq.
GAZZERA, O'GRADY & STEVENS

*(signature)*
Attorney for Defendants
LAURA-LOU, INC., DBA CLARKE'S
CHARCOAL BROILER; AND
METROPOLITAN LIFE INSURANCE CO.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Proposed Order to Extend
Deadline to Conduct Mediation; Case No.
C07-06014 MMC

- 3 -

## ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the parties may have through September 30, 2008 to conduct a mediation in this case. If the parties have not settled the case by that time, but both parties and the mediator feel that further mediation sessions may be productive, the parties will submit a further stipulation to extend the mediation deadline. FURTHER, if plaintiff seeks to add Washington Mutual Bank as a defendant, plaintiff shall file, no later than July 25, 2008, either a motion to amend and proposed amended complaint or an amended complaint and stipulation allowing such amended pleading.

Dated: July 1, 2008

_____
HON. MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Proposed Order to Extend
Deadline to Conduct Mediation: Case No.
C07-06014 MMC

- 2 -