PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel: (510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff:
ANDI MILLARD

BRIAN J. O'GRADY, Esq. (SBN 077622)
GAZZERA, O'GRADY & STEVENS
1134 West El Camino Real
Mountain View, CA 94040
Tel: (650) 968-9612
Fax: (650) 968-1627

Attorneys for Defendants:
LAURA-LOU, INC., DBA CLARKE'S
CHARCOAL BROILER; AND
METROPOLITAN LIFE INSURANCE CO.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD,<br><br>Plaintiff,<br><br>v.<br><br>LAURA-LOU, INC. dba CLARKE'S CHARCOAL BROILER;<br>METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1-10, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C07-06014 MMC<br><u>Civil Rights</u><br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER FOR FILING OF FIRST AMENDED COMPLAINT** ;<br>DIRECTIONS TO PLAINTIFF |

Plaintiff ANDI MILLARD filed her Complaint on November 28, 2007, naming as defendants LAURA-LOU, INC. dba CLARKE'S CHARCOAL BROILER; METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1-10, Inclusive, based on information obtained from public records and Westlaw databases.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-1503
(510) 832-5001

Stipulation and [Proposed] Order For First Amended Complaint:
Case No. C07-06014 MMC

- 1 -

c:\documents and settings\compaq_owner\desktop\stip_for_fac_(3).doc

1   On July 1, 2008, the Court issued an order extending the deadline to conduct
2   mediation through September 30, 2008, and further ordered plaintiff to file, no later than July
3   25, 2008, a stipulation to amend the complaint to add Washington Mutual Bank, FA, as a
4   defendant.
5   It appears that Washington Mutual owns a leasehold interest in the premises
6   which are the subject of the action and is therefore is an appropriate party. Plaintiff desires to
7   file an amended complaint naming Washington Mutual as a defendant.
8   Plaintiff has prepared a First Amended Complaint naming LAURA-LOU, INC.
9   dba CLARKE'S CHARCOAL BROILER; WASHINGTON MUTUAL BANK, FA;
10  METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1-10, Inclusive as defendants.
11  Therefore, IT IS HEREBY STIPULATED by and between the parties that
12  Plaintiff may file a First Amended Complaint, a copy of which is attached hereto.

14  Dated: July 16, 2008

PAUL L. REIN
JULIE OSTIL
ANN WINTERMAN
LAW OFFICES OF PAUL L. REIN

*Julie Ostil*
Attorneys for Plaintiff
ANDI MILLARD

20  Dated: July 14, 2008

BRIAN J. O'GRADY, Esq.
GAZZERA, O'GRADY & STEVENS

Attorney for Defendants
LAURA-LOU, INC., DBA CLARKE'S
CHARCOAL BROILER; AND
METROPOLITAN LIFE INSURANCE CO.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order For First Amended Complaint:          - 2 -
Case No. C07-06014 MMC

c:\documents and settings\compaq_owner\desktop\stip_for_fac_(3).doc

1  **ORDER**

2  Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. ~~The attached First~~

3  ~~Amended Complaint is ordered to be filed.~~   Plaintiff shall file the First Amended Complaint

4  no later than July 28, 2008.

5  Dated: July 21, 2008

6  *[signature]*

7  HON. MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order For First Amended Complaint:   - 2 -
Case No. C07-06014 MMC

c:\documents and settings\compaq_owner\desktop\stip_for_fac_(3).doc