SCOTT J. STILMAN, ESQ., SBN 120239
THERESA MARCHLEWSKI, ESQ., SBN 82429
OFFICE OF THE GENERAL COUNSEL
9200 OAKDALE AVENUE, SEVENTH FLOOR
MAIL STOP N110701
CHATSWORTH, CALIFORNIA 91311
Telephone: (818) 775-7856
Facsimile: (818) 349-2734
Email: scott.stilman@wamu.net

Attorneys for Defendant,
WASHINGTON MUTUAL BANK formerly
known as Washington Mutual Bank, FA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDI MILLARD, | **CASE NO.** C07-06014 MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| vs. | NOTICE OF INTERESTED PARTIES |
| LAURA-LOU, INC. dba CLARKE'S CHARCOAL BROILER; WASHINGTON MUTUAL BANK, FA; METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1 – 10, Inclusive, | |
| | Action Filed: 11/28/2007 |
| Defendants | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant Washington Mutual Bank certifies that said listed party and Washington Mutual, Inc. has a direct and pecuniary interest in the outcome of this case.

216902                                                      1

NOTICE OF INTERESTED PARTIES

1  This representation is made to enable the Court to evaluate possible disqualification or
2  recusal.
3                               OFFICE OF THE GENERAL COUNSEL
4
5  Dated: September 3, 2008         By:      /s/ Scott J Stilman
                                          SCOTT J. STILMAN
6                                         Attorney for Defendant,
                                          Washington Mutual Bank

OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311

216902                              2

NOTICE OF INTERESTED PARTIES

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9200 Oakdale Avenue, 7th Floor, Mail Stop N110701, Chatsworth, California 91311.

On September 3, 2008, I served the foregoing documents described as **NOTICE OF INTERESTED PARTIES** to be served on the interested parties in this action via CM_ EFC electronic delivery as follows:

**SEE ATTACHED SERVICE LIST**

☒  (By Mail — Federal)  I placed such envelope with postage thereon fully prepaid in the United States mail at Chatsworth, California.

☐  (By Mail — State)  I am readily familiar with the Office of the General Counsel's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the above date according to the Office of the General Counsel's ordinary business practices.

☐  (By Personal Service)  I caused such envelope to be delivered by hand to the addressee(s).

☒  Executed on September 3, 2008 at Chatsworth, California.

☐  (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Stacey J. Elliott

216902

NOTICE OF INTERESTED PARTIES

OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311

1

2

## SERVICE LIST
*Millard v. Laura-Lou, Inc.*
*(Case No.: 3:07-cv-06014-MMC)*

3  Paul L. Rein, Esq.
   Law Offices of Paul L. Rein
4  200 Lakeside Drive, Suite A
   Oakland, CA  94612
5  Telephone: (510) 832-5001
   Facsimile: (510) 832-4787
6  Email: reinlawoffice@aol.com
   Attorney for Plaintiff
7

   Brian J. O'Grady, Esq.
8  Gazzera, O'Grady & Stevens
   1134 West El Camino Real
9  Mountain View, CA 94040
   Telephone: (650) 968-9612
10 Facsimile:  (650) 968-1627
   Email: briano52@aol.com
11 Attorney for Defendant Laura-Lou, Inc. dba Clarke's Charcoal Broiler

12 Mark T. Pallis, Esq.
   Metropolitan Life Insurance Company
13 425 Market Street
   Suite 1050
14 San Francisco, CA 94105
   Telephone:  (415) 536-1060
15 Facsimile:  (415) 536-1097
   Email: mpallis@metlife.com
16 Attorney for Defendant Metropolitan Life Insurance Company

17

18

19

20

21

22

23

24

25

26

27

28

216902

4

NOTICE OF INTERESTED PARTIES