IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDI MILLARD,

    Plaintiff,

  v.

LAURA-LOU, INC., et al.,

    Defendants

                                            /

No. C-07-6014 MMC

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

By order filed November 28, 2007, plaintiff was ordered to file, no later than seven calendar days after the parties' mediation, a Motion for Administrative Relief Requesting Case Management Conference.  (See Scheduling Order for Cases Asserting Denial Of Right to Access Under Americans With Disabilities Act Title III.)  Further, by order filed July 1, 2008, the Court directed the parties to complete mediation no later than September 30, 2008.  To date, plaintiff has not filed a Motion for Administrative Relief Requesting Case Management Conference.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than November 4, 2008, why the above-titled action should not be dismissed for failure to prosecute.  In the event plaintiff files a Motion for Administrative Relief Requesting Case Management Conference on or before November 4, 2008, this Order to Show Cause will stand discharged without further order of the Court.

**IT IS SO ORDERED.**

Dated: October 21, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge