PAUL L. REIN, Esq., (SBN 43053)
JULIE OSTIL, Esq. (SBN 215202)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:    510/832-4787

Attorneys for Plaintiff
ANDI MILLARD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD<br><br>     Plaintiff,<br><br>v.<br><br>LAURA-LOU, INC. dba CLARKE'S CHARCOAL BROILER; WASHINGTON MUTUAL BANK, FA; METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1-10, Inclusive,<br><br>     Defendants.<br>_____/ | CASE NO. 07-6014 MMC<br><u>Civil Rights</u><br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF** ; SETTING CASE MANAGEMENT CONFERENCE; DISCHARGING ORDER TO SHOW CAUSE |

Plaintiff's "Motion for Administrative Relief from General Order 56, Requesting a Case Management Conference" is GRANTED, and a Case Management Conference is hereby set for January 23, 2009. ~~, 2008~~. A Joint Case Management Statement shall be filed no later than January 16, 2009.

The October 21, 2008 Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED**.

Dated: November 12, 2008

_____
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO. C07-6014 MMC                                S:\SLR\CASES\C\CLARKE'S\PLEADINGS\ADMIN RELIEF [PROPOSED] ORDER.PL.wpd