BRIAN J. O'GRADY, Bar No. 077622
**GAZZERA, O'GRADY & STEVENS**
1134 West El Camino Real
Mountain View, California 94040
Telephone:   (650) 968-9612
             (408) 286-1723
Fax:         (650) 968-1627

Attorneys for Defendant LAURA-LOU, INC.
dba CLARKE'S CHARCOAL BROILER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD, | ) Case No.: C-07-06014 MMC |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND (PROPOSED)** |
|  | ) **ORDER CONTINUING SETTLEMENT** |
| LAURA-LOU, INC. dba CLARKE'S CHARCOAL BROILER; WASHINGTON MUTUAL BANK, FA; METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1-10, Inclusive, | ) **CONFERENCE AND CASE** |
|  | ) **MANAGEMENT CONFERENCE** |
| Defendants | ) |

COMES NOW Plaintiff and Defendants by their respective attorneys of record and stipulate as follows:

1.      The Settlement Conference previously scheduled for March 18, 2009 shall be continued until April 23, 2009 or April 24, 2009.

2.      The Status Conference previously set for April 18, 2009 shall be continued until a date in May 2009 to be determined by the Court.

///

///

*MILLARD V. LAURA-LOU, INC., et al.*
**STIPULATION AND ORDER**

| | | |
|---|---|---|
| 1 | Dated: March __13__, 2009 | GAZZERA, O'GRADY & STEVENS |
| 2 | | Attorney for Defendant LAURA-LOU, INC., |
| | | d.b.a. CLARKE'S CHARCOAL BROILER |
| 3 | | AND METROPOLITAN LIFE INSURANCE CO. |
| 4 | | By: /s/ |
| 5 | | Brian J. O'Grady, Esq. |

Dated: March __13__, 2009   LAW OFFICES OF PAUL L. REIN
Attorneys for Plaintiff ANDI MILLARD

By: /s/
Paul L. Rein, Esq.

Dated: March __13__, 2009   ADORNO, YOSS, ALVARADO & SMITH
Attorneys for JP Morgan Chase Bank, N.A. (acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC, acting as receiver) J. P. MORGAN CHASE, SUCCESSOR FOR WASHINGTON MUTUAL

By: /s/
Theodore E. Bacon, Esq.

### ORDER

The Court having considered the Stipulation of the parties, the Declaration of Brian J. O'Grady, and good cause appearing therefore, it is now ordered:

1. The Settlement Conference previously scheduled for March 18, 2009, before Magistrate Judge Elizabeth D. Laporte is continued ~~until April _____, 2009.~~ to April 2009, her calendar permitting.

2. The Status Conference previously set for April 18, 2009, is continued until May __29__, 2009. A Joint Case Management Statement shall be filed no later than May 22, 2009.

Dated: March 16, 2009

_Maxine M. Chesney_
Honorable Maxine M. Chesney