| | |
|---|---|
| 1 | PAUL L. REIN, Esq. (SBN 43053) |
| 2 | JULIE A. OSTIL, Esq. (SBN 215202) |
|   | CELIA McGUINNESS, Esq. (SBN 159420) |
|   | LAW OFFICES OF PAUL L. REIN |
| 3 | 200 Lakeside Dr., Suite A |
|   | Oakland, CA 94612 |
| 4 | Tel: (510) 832-5001 |
|   | Fax: (510) 832-4787 |

Attorneys for Plaintiff
ANDI MILLARD

BRIAN J. O'GRADY, Esq. (SBN 077622)
GAZZERA, O'GRADY & STEVENS
1134 West El Camino Real
Mountain View, CA 94040
Tel: (650) 968-9612
Fax: (650) 968-1627

Attorneys for Defendants:
LAURA-LOU, INC., DBA CLARKE'S CHARCOAL BROILER; AND METROPOLITAN LIFE INSURANCE CO.

TED BACON, Esq. (SBN 115395)
SCOTT STILMAN (SBN 120239)
ADORNO, YOSS, ALVARADO & SMITH
1 MacArthur Pl #200
Santa Ana, CA 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant:
J.P. MORGAN CHASE BANK, N.A., Successor to WASHINGTON MUTUAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD, | CASE NO. C07-06014 MMC |
|  | <u>Civil Rights</u> |
| Plaintiff, |  |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR FILING OF SECOND AMENDED COMPLAINT** |
| LAURA-LOU, INC. dba CLARKE'S CHARCOAL BROILER; WASHINGTON MUTUAL BANK, FA; METROPOLITAN LIFE INSURANCE COMPANY; and DOES 1-10, Inclusive, | AND ORDER THEREON |
| Defendants. _____/ |  |

---

**Stipulation and [Proposed] Order For First Amended Complaint:** - 1 -
**Case No. C07-06014 MMC**

s:\cm\cases\c\clarke's\pleadings\stip_for_sac.doc

1   Plaintiff ANDI MILLARD filed her Complaint on November 28, 2007, naming as
2   defendants LAURA-LOU, INC. dba CLARKE'S CHARCOAL BROILER; METROPOLITAN
3   LIFE INSURANCE COMPANY; and DOES 1-10, Inclusive, based on information obtained
4   from public records and Westlaw databases.
5   On July 1, 2008, the Court issued an order extending the deadline to conduct mediation
6   through September 30, 2008, and further ordered plaintiff to file, no later than July 25, 2008, a
7   stipulation to amend the complaint to add Washington Mutual Bank, FA, as a defendant.
8   Pursuant to that Order and subsequent stipulation of the parties, plaintiff filed its First
9   Amended Complaint on June 30, 2009, naming LAURA-LOU, INC. dba CLARKE'S
10  CHARCOAL BROILER; WASHINGTON MUTUAL BANK, FA; METROPOLITAN LIFE
11  INSURANCE COMPANY; and DOES 1-10, INCLUSIVE.
12  Subsequent to answering the First Amended Complaint, Washington Mutual went into
13  Receivership.  J.P. Morgan Chase Bank, N.A., thereafter purchased from the receiver, the
14  FDIC, certain assets and further assumed certain limited rights and duties of Washington
15  Mutual, one of which is the leasehold interest at issue in this matter.  J.P. Morgan Chase Bank,
16  N.A., is therefore a proper party in this lawsuit.
17
18  Plaintiff has prepared a Second Amended Complaint naming LAURA-LOU, INC. dba
19  CLARKE'S CHARCOAL BROILER; METROPOLITAN LIFE INSURANCE COMPANY;
20  J.P. MORGAN CHASE BANK, N.A  as successor in interest to WASHINGTON MUTUAL
21  BANK, FA; and DOES 1-10, Inclusive as defendants.
22  Therefore, IT IS HEREBY STIPULATED by and between the parties that Plaintiff may
23  file a Second Amended Complaint, a copy of which is attached hereto.
24  //
25  //
26  //
27  //
28  //

**Stipulation and [Proposed] Order For First Amended Complaint:**   - 2 -
**Case No. C07-06014 MMC**

s:\cm\cases\c\clarke's\pleadings\stip_for_sac.doc

| | |
|---|---|
| Dated: April 7, 2009 | PAUL L. REIN<br>JULIE OSTIL<br>CELIA McGUINNESS<br>LAW OFFICES OF PAUL L. REIN |
| | /s/ Celia McGuinness<br>Attorneys for Plaintiff<br>ANDI MILLARD |
| Dated: April 6, 2009 | BRIAN J. O'GRADY, Esq.<br>GAZZERA, O'GRADY & STEVENS |
| | /s/ Brian J. O'Grady<br>Attorney for Defendants<br>LAURA-LOU, INC., DBA CLARKE'S CHARCOAL BROILER; AND<br>METROPOLITAN LIFE INSURANCE CO. |
| Dated: April 6, 2009 | TED BACON, Esq.<br>ADORNO, YOSS, ALVARADO & SMITH |
| | /s/ Ted Bacon<br>Attorney for Defendant<br>WASHINGTON MUTUAL BANK, F.A. |

### **ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.  The attached Second Amended Complaint is ordered to be filed.

Dated: April 10, 2009_____

_____
HON. MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order For First Amended Complaint:**
**Case No. C07-06014 MMC**                                                                                               - 3 -

s:\cm\cases\c\clarke's\pleadings\stip_for_sac.doc