IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDI MILLARD,

    Plaintiff,

v.

LAURA-LOU, INC., et al.,

    Defendants.
                                    /

No. C-07-06014 MMC (EDL)

**ORDER FOLLOWING SETTLEMENT CONFERENCE**

Following the settlement conference held on April 24, 2009, Defendants, through counsel by J.P. Morgan Chase Bank, shall respond to plaintiff's demand no later than May 15, 2009 and, if possible, complete the settlement, including any consent decree and monetary aspects, including payment. The parties shall submit a letter update to Chambers via facsimile to (415) 522-2002 by the same date.

**IT IS SO ORDERED.**

Dated: April 24, 2009

                                                         ELIZABETH D. LAPORTE
                                                         United States Magistrate Judge