IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD, | No. C-07-06014 MMC (EDL) |
| Plaintiff, | **ORDER REGARDING STATUS OF SETTLEMENT** |
| v. | |
| LAURA-LOU, INC., et al., | |
| Defendants. | |

On April 24, 2009, the Court held a settlement conference in this matter. On May 13 and 15, 2009, the parties submitted settlement status reports to the Court reporting that a settlement had not been completed. On May 27, 2009, the Court called all counsel to follow up on the status of the settlement of this matter as discussed at the settlement conference. The Court received return calls from counsel for Plaintiff and Defendant Laura-Lou dba Clarke's Charcoal Broiler, but Defendant Chase's counsel has failed to return the Court's phone call. Accordingly, no later than June 3, 2009, Defendant Chase shall fax a letter to the Court at 415-522-2002 explaining the status of Chase's agreement with Defendant Laura-Lou dba Clarke's Charcoal Broiler.

**IT IS SO ORDERED.**

Dated: May 29, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge