1  THEODORE E. BACON (CA Bar No. 115395)
   tbacon@adorno.com
2  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
3  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
4  Tel: (714) 852-6800
   Fax: (714) 852-6899
5
   Attorneys for Defendant
6  JP MORGAN CHASE

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ANDI MILLARD,                          CASE NO.: 3-07-cv- 06014-MMC-
                                          EDL
12          Plaintiff,

13 v.
                                          REQUEST FOR APPROVAL OF
14 LAURA-LOU, INC. dba CLARKE'S           SUBSTITUTION OF ATTORNEY;
   CHARCOAL BROILER, etc. et al.,         ORDER
15
            Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1
                  REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; ORDER
1082964.1

Defendant METROPOLITAN LIFE INSURANCE COMPANY requests the Court approve the substitution of THEODORE E. BACON, Adorno Yoss Alvarado & Smith, APC as attorney of record in place and stead of BRIAN O'GRADY, GAZZERA, O'GRADY & STEVENS

DATED: June 12, 2009

By: _____
Signature of Party/Authorized Representative of party
Steven P. Seltzer
Associate General Counsel

I hereby consent to the above substitution.

DATED: June 16, 2009

By: _____
BRIAN O'GRADY
Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 11-1.

DATED: June 12, 2009

By: _____
THEODORE E. BACON, SBN 115395
Signature of New Attorney

**IT IS SO ORDERED:**

DATED: June 18, 2009

_____
UNITED ~~STATED~~ DISTRICT JUDGE
STATES

2
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; ORDER

1082964.1

TOTAL P.03