| | |
|---|---|
| 1 | PAUL L. REIN, Esq. (SBN 43053) |
| 2 | CELIA McGUINNESS, Esq. (SBN 159420)<br>LAW OFFICES OF PAUL L. REIN |
| 3 | 200 Lakeside Drive, Suite A<br>Oakland, CA 94612 |
| 4 | Telephone: 510/832-5001<br>Facsimile: 510/832-4787 |
| 5 | Attorneys for Plaintiff |
| 6 | ANDI MILLARD |
| 7 | BRIAN J. O'GRADY, Esq. (SBN 77622) |
| 8 | GAZZERA O'GRADY & STEVENS<br>1134 West El Camino Real |
| 9 | Mountain View, CA 94040<br>Telephone: 650/968-9612 |
| 10 | Facsimile: 650/968-1627 |
| 11 | Attorneys for Defendant<br>LAURA-LOU, INC. dba |
| 12 | CLARKE'S CHARCOAL BROILER |
| 13 | TED BACON, Esq. (SBN 115395)<br>ADORNO, YOSS, ALVARADO & SMITH |
| 14 | 1 MacArthur Pl #200<br>Santa Ana, CA 92707 |
| 15 | Tel: (714) 852-6800<br>Fax: (714) 852-6899 |
| 16 | Attorneys for Defendants |
| 17 | JP MORGAN CHASE BANK, N.A., an acquirer<br>of certain assets and liabilities of Washington Mutual |
| 18 | Bank from the FDIC, acting as receiver, and<br>METROPOLITAN LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDI MILLARD | | CASE NO. 07-6014 MMC<br><u>Civil Rights</u> |
| Plaintiff, | | |
| v. | | |
| LAURA-LOU, INC. dba CLARKE'S<br>CHARCOAL BROILER;<br>WASHINGTON MUTUAL BANK, FA;<br>METROPOLITAN LIFE INSURANCE<br>COMPANY; and DOES 1-10, Inclusive, | | **STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL** |
| Defendants. | | |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
CASE NO. 07-6014 MMC                    -1-                    S:\SLR\CASES\C\CLARKE'S\PLEADINGS\STIP TO DISMISS PL.wpd

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: June 26, 2009    LAW OFFICES OF PAUL L. REIN

By PAUL L. REIN, Esq.
Attorneys for Plaintiff
ANDI MILLARD

Dated: June 26, 2009    ADORNO, YOSS, ALVARADO & SMITH

By TED BACON Esq.
Attorneys for Defendants
JP MORGAN CHASE BANK, N.A., and METROPOLITAN LIFE INSURANCE COMPANY

Dated: June 25, 2009    GAZZARA, O'GRADY & STEVENS

By BRIAN O'GRADY
Attorneys for Defendant
LAURA-LOU, INC., dba CLARKE'S CHARCOAL BROILER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: June __, 2009

MAXINE M. CHESNEY
United State District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
CASE NO. 07-6014 MMC               -2-               S:\SLR\CASES\C\CLARKE'S\PLEADINGS\STIP TO DISMISS.PL.wpd